An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALEXANDER D. SEVILLET,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61119

**FILED**

JUN 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a post-conviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Jerome T. Tao, Judge.

Appellant filed a petition on March 19, 2012, challenging the validity of the judgment of conviction and sentence in district court case number C164743. At the time appellant filed his petition in the district court, he had expired his sentence of imprisonment and was subject only to lifetime supervision for his conviction in district court case number C164743. A person on lifetime supervision may not file a post-conviction petition for a writ of habeas corpus because he is not under a sentence of death or imprisonment as required by NRS 34.724. *See Coleman v. State*, 130 Nev. \_\_\_, \_\_\_, 321 P.3d 863, 867 (2014). Therefore, because appellant did not meet the imprisonment requirement of NRS 34.724, he was not

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-19272

eligible for post-conviction habeas relief. *See id.* For this reason, we affirm the decision of the district court to deny the petition.[2] Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc: Hon. Jerome T. Tao, District Judge
Alexander D. Sevillet
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[2]Although the district court incorrectly addressed the procedural bars, we nevertheless affirm because the district court reached the correct result in denying the petition. *See Wyatt v. State*, 86 Nev. 294, 298, 468 P.2d 338, 341 (1970) (holding that a correct result will not be reversed simply because it is based on the wrong reason).